**David A. Foraker, OSB #812280**
david.foraker@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858 | Fax: 503.224.0155

Future Claimants Representative

FILED 03 AUG '26 12:41 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

OF THE STATE OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In Re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, and successors, a corporation sole, dba Archdiocese of Portland in Oregon | Case No. 3-26-mc-775-JR<br><br>**FUTURE CLAIMANTS REPRESENTATIVE'S MOTION FOR ORDER APPROVING APPOINTMENT OF SUCCESSOR FUTURE CLAIMANTS REPRESENTATIVE** |

David A. Foraker, in his capacity as the Future Claimants Representative (the "FCR") under and as defined in the Third Amended and Restated Joint Plan of Reorganization (the "Chapter 11 Plan") as amended and confirmed by an order entered on April 17, 2007, in the chapter 11 case concerning the Roman Catholic Archbishop of Portland in Oregon (the "Archdiocese") that was filed in the United States Bankruptcy Court for the District of Oregon and assigned Case No. 04-37154-elp11 (the "Chapter 11 Case"), hereby moves this Court for an

#117664

order approving the appointment of Garrett S. Ledgerwood as the successor FCR effective

September 1, 2026. In support of this motion, the FCR represents:

## BACKGROUND

On December 20, 2004, the Honorable Elizabeth L. Perris, the bankruptcy court judge

who presided over the Chapter 11 Case, entered an order appointing David A. Foraker as the

Future Claimants Representative in the Chapter 11 Case (the "FCR Order"). Mr. Foraker's role as

the FCR was then continued and made part of the Chapter 11 Plan. Under the Chapter 11 Plan,

the Future Claimants Representative is defined to mean "David A. Foraker, the legal

representative for Future Claimants appointed pursuant to the FCR Order, or any successor

appointed or approved by the [United States District Court for the District of Oregon]." (Chapter

11 Plan at 10:4-6.)[1]

Section 7.5 of the Chapter 11 Plan provides that "the FCR shall continue until he or his

successor resigns or the Future Claims Trust [as defined in the Chapter 11 Plan] is terminated in

accordance with the provisions of Section 6.5.13.2 of this Plan." (Chapter 11 Plan at 47:4-7.)

Under Section 6.5.13.2 of the Chapter 11 Plan, the Future Claims Trust will not terminate until

---

[1] The Chapter 11 Plan defines a "Future Claimant" as a person or entity that asserts a "Future Claim," which is defined therein to mean a tort claim against the Archdiocese based on conduct that occurred on or before the effective date of the Chapter 11 Plan (i.e., May 1, 2007) that constitutes "child abuse," as defined in ORS 12. 117(2), or knowingly allowing, permitting, or encouraging child abuse, for which the holder of such tort claim (or his or her parent or legal guardian) did not file a proof of claim in the Chapter 11 Case and as of April 29, 2005 (or, if such conduct occurred after such date, as of May 1, 2007), the claimant "(1) was under the age of 18; (2) was suffering from "repressed memory" and could not remember the [c]hild [a]buse; or (3) had not discovered the injury or the causal connection between the injury and the [c]hild [a]buse, nor in the exercise of reasonable care should have discovered the injury or the causal connection between the injury and the [c]hild [a]buse." (Chapter 11 Plan at 9:17-10:3.)

pg. 2 of 5 - MOTION FOR APPOINTMENT OF SUCCESSOR FUTURE CLAIMANTS REPRESENTATIVE

4930-7672-4673.2

this Court enters an order confirming that it is appropriate to do so on a date after April 30, 2030. (Chapter 11 Plan at 42:16-43:2.)

Mr. Foraker has continually served as the FCR since his initial appointment on December 20, 2004. He now intends to fully retire from the practice of law effective September 30, 2026, and, in turn, he would like to resign his position as FCR on or before that same date. If the relief sought by this motion is granted, Mr. Foraker would resign as FCR effective as of September 1, 2026, simultaneously with the appointment of his successor.

Garrett S. Ledgerwood has agreed to serve as the successor FCR under the Chapter 11 Plan, and the Archdiocese consents to his appointment as the successor FCR. See Exhibit A hereto. Mr. Ledgerwood is a partner at Miller Nash LLP who practices out of Miller Nash LLP's Portland, Oregon, offices and whose practice focuses on bankruptcy and creditors' rights. He has practiced law since 2010 and is licensed to practice in Oregon (as well as in New York and Washington). Like Mr. Foraker, he is a disinterested professional who could discharge the fiduciary duties of the FCR free of any conflict of interest should he be appointed to serve in that role.

## JURISDICTION

Jurisdiction is founded on 28 USC § 1334. Venue is proper under 28 USC § 1409.

## RELIEF REQUESTED

The FCR seeks the entry of an order appointing Garrett S. Ledgerwood as the successor Future Claimants Representative under the Chapter 11 Plan effective September 1, 2026.

## POINTS AND AUTHORITIES

The Chapter 11 Plan does not specify the procedure for nominating a successor to Mr. Foraker as the FCR, nor does it set forth any criteria regarding the qualifications that must be met to serve as a successor FCR. It only states in the definition of the term Future Claimants Representative that any successor to him will be "appointed or approved by the [United States District Court for the District of Oregon]". (Chapter 11 Plan at 10:4-6.) The FCR submits that this terse language in the Chapter 11 Plan should be interpreted to mean that it is within the District Court's sound discretion to determine both the procedure to be followed in nominating and appointing a successor FCR and the qualifications to be met to serve in that role.

The FCR respectfully requests that this Court exercise its discretion to approve the arrangement proposed herein. Mr. Ledgerwood is competent and qualified to perform the duties and responsibilities of the FCR under the Chapter 11 Plan, and his nomination to serve as Mr. Foraker's successor should be approved.

## NOTICE

Section 11.8 of the Chapter 11 Plan states:

> Any action requiring . . . District Court . . . approval after [May 1, 2007,] will require the [p]erson or [e]ntity seeking such approval to file an application, motion, or other request with . . . the District Court . . . and obtain a Final Order approving such action before the requested action may be taken. The [p]erson or [entity] filing such application, motion, or other request shall serve such application, motion, or other request, together with a notice setting forth the time in which objections must be filed with the court, on the [Archdiocese], all Tort Claimants having filed Claims or a lawsuit asserting a Claim (or having given written notice to the [Archdiocese] in the case of Future Claims) whose Claims have not been paid in full, the Future Claimants Representative, the Known Tort Claims Trustee, and the Future Claims Trustee by first-class mail, electronic mail, overnight courier, facsimile, or hand delivery. Unless the court orders otherwise, all notices shall provide the recipients at least 20 days (plus 3 days if served by

pg. 4 of 5 - MOTION FOR APPOINTMENT OF SUCCESSOR FUTURE CLAIMANTS REPRESENTATIVE
4930-7672-4673.2

mail) in which to file an objection to the application, motion, or other request. If no objection is timely filed, the court will determine whether to conduct a hearing, or to require the submission of further documentation, prior to ruling on the application, motion, or other request.

A copy of this motion, together with a notice of the motion, has been served on (a) the Archdiocese, (b) U.S. Bank National Association, which presently serves as the Future Claims Trustee, and (c) the respective attorneys for all known individuals who are or assert to be Future Claimants whose claims remain unresolved. Because the Known Tort Claims Trust has been terminated, there is no longer a Known Tort Claims Trustee. The foregoing thus satisfies the requirements of Section 11.8 of the Chapter 11 Plan and the FCR submits that it constitutes good and sufficient notice of this motion.

Dated: August 3, 2026.

MILLER NASH LLP

/s/David A. Foraker
David A. Foraker, OSB #812280
david.foraker@millernash.com
Phone: 503.224.5858 | Fax: 503.224.0155

# EXHIBIT A

**(in support of Future Claimants Representative's Motion for Order Approving Appointment of Successor Future Claimants Representative)**

**ARCHDIOCESE OF PORTLAND IN OREGON**

*Office of the General Counsel*

David Foraker
Miller Nash
1140 SW Washington St, Ste 700
Portland, OR 97205
David.Foraker@MillerNash.com

July 30, 2026

**PRIVATE AND CONFIDENTIAL**          *Via Email ONLY*

Re:    Motion to Appoint Successor Future Claimants Representative

Dear David:

I write to you in your capacity as the Future Claimants Representative (the "FCR") under and as defined in the Third Amended and Restated Joint Plan of Reorganization (the "Chapter 11 Plan") as amended and confirmed by an order entered on April 17, 2007, in the chapter 11 case concerning the Roman Catholic Archbishop of Portland in Oregon, and Successors, a Corporation Sole (the "Archdiocese") that was filed in the United States Bankruptcy Court for the District of Oregon and assigned Case No. 04-37154-elp11.

You recently advised the Archdiocese that you intend to retire from the practice of law at Miller Nash LLP, and that pursuant to the Chapter 11 Plan you intend to seek US District Court approval of the appointment of Miller Nash LLP partner Garrett S. Ledgerwood as the successor FCR under the Chapter 11 Plan. You requested that the Archdiocese consent to Mr. Ledgerwood's appointment as successor FCR, subject to District Court approval.

The Archdiocese hereby consents to Mr. Ledgerwood's appointment as successor FCR, subject to court approval. Thank you, David, for your years of service as the FCR. Congratulations on your retirement!

Sincerely,

G. Kevin Kiely
General Counsel of the Archdiocese of Portland in Oregon

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Future Claimant Representative's Motion for Order Approving Appointment of Successor Future Claimants Representative** on the attorney listed below by the method(s) indicated:

G. Kevin Kiely
General Counsel
Archdiocese of Portland in Oregon
2838 E. Burnside Street
Portland, OR 97214
Email:  gkkiely@archdpdx.org

☐ First-class mail, postage prepaid
☐ Facsimile
☒ E-mail
☐ CM/ECF Electronic Service

U.S. Bank National Association
Attn: Keith Henselen
Vice President Client Manager, Global Corporate Trust
1101 W. Washington St., PD-AZ-G2AC
Tempe, AZ 85281
Email: keith.henselen@usbank.com

☐ First-class mail, postage prepaid
☐ Facsimile
☒ E-mail
☐ CM/ECF Electronic Service

Bill Barton
Barton Trial Attorneys
214 SW Coast Hwy.
PO Box 870
Newport, OR 97365
Email: attorneys@bartontrialattorneys.com
*Attorneys for R.T.*

☐ First-class mail, postage prepaid
☐ Facsimile
☒ E-mail
☐ CM/ECF Electronic Service

Mark Gillis McDougal
Kafoury & McDougal
411 S.W. Second Avenue, Ste. 200
Portland, OR 97204
Email: mcdougal@kafourymcdougal.com
*Attorneys for R.O.*

☐ First-class mail, postage prepaid
☐ Facsimile
☒ E-mail
☐ CM/ECF Electronic Service

Savannah Stevens
*D'Amore Law Group, P.C.*
4230 Galewood Street, Suite 200 Lake Oswego, OR 97035
Email: savannah@damorelaw.com
*Attorneys for E.M.*

☐ First-class mail, postage prepaid
☐ Facsimile
☒ E-mail
☐ CM/ECF Electronic Service

Peter B. Janci
Crew Janci LLP
9755 SW Barnes Rd., Ste. 430
Portland, OR 97225
Email: peter@crewjanci.com
*Attorneys for J.E.*

☐ First-class mail, postage prepaid
☐ Facsimile
☒ E-mail
☐ CM/ECF Electronic Service

pg. 1 – CERTIFICATE OF SERVICE
4930-7672-4673.2

Dated:  August 3, 2026.

MILLER NASH LLP

/s/David A. Foraker
David A. Foraker, OSB #812280
david.foraker@millernash.com

pg. 2 - CERTIFICATE OF SERVICE
4930-7672-4673.2